IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| KIMBERLY N. TAYLOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:05-CV-052 |
| ) | (Guyton) |
| IDLEAIRE TECHNOLOGIES ) | |
| CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## **MEMORANDUM AND ORDER**

The parties seek to withdraw the Stipulation of Dismissal [Doc. 13] filed with the Court on August 2, 2005 and to substitute it with another Stipulation of Dismissal. [Doc. 14]. For good cause shown, the parties' Motion to Withdraw Stipulation of Dismissal and Substitute Stipulation of Dismissal [Doc. 14] is **GRANTED**. The parties are **DIRECTED** to file their new Stipulation of Dismissal with the Court within five (5) days of the entry of this Order.

**IT IS SO ORDERED.**

**ENTER:**

s/ H. Bruce Guyton
United States Magistrate Judge